# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br>v.<br><br>AMERICAN SCREENING, LLC, et al.,<br><br>　　　　　Defendants. | No. 4:20-cv-1021-RLW |

**Notice of Appeal**

NOTICE OF IS HEREBY GIVEN that Defendants, American Screening, LLC, Ron Kilgarlin, and Shawn Kilgarlin, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the judgment of this Court contained in the *Memorandum Order* entered January 31, 2023 [Doc. 88] and the *Final Order and Judgment for Permanent Injunction and Monetary Relief* entered January 31, 2023 [Doc. 89] granting Summary Judgment in favor of the Plaintiff on all counts.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/*Cary A. Hilburn*/
　　　　　　　　　　　　　　　　　　　　Cary A. Hilburn (LA 26656 / TX 00790881)
　　　　　　　　　　　　　　　　　　　　(*Admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　cah@hilburnlaw.com

　　　　　　　　　　　　　　　　　　　　J. David Shepherd – Of Counsel (LA 37869)
　　　　　　　　　　　　　　　　　　　　(*Admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　dsehpherd@hilburnlaw.com

　　　　　　　　　　　　　　　　　　　　Hilburn & Hilburn - APLC
　　　　　　　　　　　　　　　　　　　　220 Carroll Street, Building B
　　　　　　　　　　　　　　　　　　　　Shreveport, Louisiana 71105

(318) 868-8810
(877) 462-6796 fax

Attorneys for Defendants
American Screening, LLC, Ron Kilgarlin and Shawn Kilgarlin

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the United States District Court, Eastern District of Missouri, via the Court's CM/ECF Filing system, which will send notification of such filing to counsel of record pursuant to local rules, on 3/30/2023.

*/Cary A. Hilburn/*
Cary A. Hilburn
