# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1616

Federal Trade Commission

Appellee

v.

American Screening, LLC, a Louisiana limited liability company, et al.

Appellants

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01021-RLW)
___

**ORDER**

The petition for rehearing en banc is denied.  The petition for panel rehearing is also denied.

Judge Loken would grant the petition for rehearing en banc.

September 25, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___
        /s/ Maureen W. Gornik