# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1616

Federal Trade Commission

Appellee

v.

American Screening, LLC, a Louisiana limited liability company, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:20-cv-01021-RLW)

---

**MANDATE**

In accordance with the opinion and judgment of June 27, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 02, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit